IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.    13-cv-01606-WYD-KLM

THE AMERICAN LEGION, and
AMERICAN LEGION AUXILIARY,

    Plaintiffs,

v.

COLORADO COLUMBINE GIRLS STATE, INC.,

    Defendant.

---

# CONSENT JUDGMENT AND PERMANENT INJUNCTION

---

THIS MATTER is before the Court on the parties' Joint Motion For Entry Of Consent Judgment And Permanent Injunction [ECF No. 21].

On June 19, 2013, The American Legion and American Legion Auxiliary ("Plaintiffs"), filed a Complaint [ECF No. 1] against defendant, Colorado Columbine Girls State, Inc. ("CCGS"), for alleged violation of the Plaintiffs' famous trademarks. Specifically, the Plaintiffs alleged that CCGS's actions violated 36 U.S.C. § 21705, Section 32(1) of the Lanham Act, 15 U.S.C. § 1114(1), Section 43(a)(1)(A) of the Lanham Act, 15 U.S.C. § 1125(a)(1)(A), Section 43(c) of the Lanham Act, 15 U.S.C. § 1125(c), COLORADO REVISED STATUTES §§ 6-1-101 and 6-1-115, and Colorado state law regarding trademark infringement.   On June 12, 2014, the parties filed a Joint Motion For Entry Of Consent Judgment And Permanent Injunction [ECF No. 21] in which they agree to fully

1

and finally settle this case by stipulating to and seeking entry of a consent judgment and permanent injunction.

After careful consideration of the matter before this Court, it is

ORDERED that the parties' Joint Motion For Entry Of Consent Judgment And Permanent Injunction [ECF No. 21] is **GRANTED**.   Accordingly, it is

FURTHER ORDERED that CCGS, including its successors and assigns, and all persons acting in active concert or participation with CCGS who receive actual notice of the Order of this Court, and each of them, hereby **AGREE TO CEASE USE OF**, and are hereby **PERMANENTLY ENJOINED** and **RESTRAINED** from using the Plaintiffs' names and marks identified as follows, including any names and marks confusingly similar to or a colorable imitation of same, except with the Plaintiffs' express written approval:   (1) American Legion Auxiliary; (2) American Legion Auxiliary Girls State; (3) Girls State; (4) American Legion Auxiliary Girls Nation; (5) Girls Nation; (6) The American Legion Boys State; (7) Boys State; (8) The American Legion Boys Nation; (9) Boys Nation; and, (10 ) The American Legion.   Provided that CCGS does not use the names or marks identified in this paragraph as a company name, trade name, trademark or in any way to suggest any existing affiliation with or connection to the Plaintiffs, CCGS **IS AUTHORIZED TO REFERENCE** such names in stating its background and history, including the background and history of individuals historically associated with CCGS, regarding their historical involvement with entities or programs which have historically utilized such names and marks, including Girls State, Girls Nation, Colorado Columbine Girls State,

2

Inc., American Legion Auxiliary, and American Legion Auxiliary Girls State.   It is

FURTHER ORDERED that the names and marks Colorado Columbine Girls State and Colorado Columbine Girls State, Inc. **SHALL NOT HEREAFTER BE UTILIZED** by any of the parties, including their affiliates, successors and assigns, and all persons acting in active concert or participation with any of the parties who receive actual notice of the Order of this Court.   Provided that no party uses the names or marks identified in this paragraph as a company name, trade name, trademark or in any way to suggest any existing affiliation with or connection to the Plaintiffs or CCGS, the parties **ARE AUTHORIZED TO REFERENCE** such names in stating their background and history, including the background and history of individuals historically associated with CCGS regarding its historical involvement with entities or programs which have utilized such names and marks, including Girls Sate, Girls Nation, Colorado Columbine Girls State, Colorado Columbine Girls State, Inc., American Legion Auxiliary, and American Legion Auxiliary Girls State.   It is

FURTHER ORDERED that CCGS **SHALL CEASE USE OF** the websites http://ccgs.wildapricot.org/, http://www.freewebs.com/coloradogirlsstate/, and http://www.coloradocolumbinegirlsstate.com.   CCGS **SHALL ALSO CEASE USE OF** the colorado.girls.state@gmail.com email address.   The three websites **SHALL NOT HEREAFTER BE UTILIZED** by any of the parties, including their successors and assigns, and all persons acting in active concert or participation with any of the parties who receive actual notice of the Order of this Court, including the Department of

Colorado.  The email address may, **at the expiration of one year from date of this Order**, be utilized by the Plaintiffs or its affiliates.   It is

FURTHER ORDERED that CCGS **MAY UTILIZE** the name and mark "CCGS."   It is

FURTHER ODERED that CCGS **WILL NO LONGER UTILIZE** any promotional items which contain the Plaintiffs' marks in its operations, **BUT SHALL BE ALLOWED to distribute the remaining items**, consisting of pins, t-shirts, key chains, pajama bottoms, and sweatshirts, to its staff or its members as a thank you, and to distribute the remainder to a charity or charities of CCGS's choosing.   It is

FURTHER ORDERED that CCGS **SHALL NOT ENGAGE IN** any activities competitive with or to the Girls State program.   CCGS's members **ARE NOT PROHIBITED** by the Plaintiffs from participating in the Girls State program presented by the Plaintiffs and are eligible to be selected for approval by American Legion Auxiliary as participants in such program in the same manner as any other American Legion Auxiliary members.   It is

FURTHER ORDERED that this Consent Judgment **is entered into to avoid further dispute and expense and is not an admission of liability by any party**.   It is

FURTHER ORDERED that this Consent Judgment and Permanent Injunction **IS THE FINAL JUDGMENT IN THIS CASE**.  No costs are awarded and the parties waive rights of appeal from this judgment.   It is

FURTHER ORDERED that this Court shall have continuing jurisdiction to enforce

the terms and any violation of this Consent Judgment and Permanent Injunction.

Dated:   June 20, 2014.

BY THE COURT:

/s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior U.S. District Judge